# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MUDD, et al,<br><br>Plaintiffs,<br><br>v.<br><br>CLEAR RECON CORP., et al.,<br><br>Defendants. | Case No.: CV 17-5650-DMG (FFMx)<br><br>**ORDER APPROVING THE STIPULATION TO REMAND THE FEDERAL ACTION TO STATE COURT [11]** |

After consideration of the Stipulation of Plaintiffs Brian Mudd and Julie Mudd ("Plaintiffs"), and Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

1. The parties' Stipulation to remand the instant action back to the state court is APPROVED.
2. All pending hearing dates for this matter are VACATED.
3. This case will be remanded to the Superior Court of California, County of Ventura, forthwith.
4. The Order to Show Cause dated August 10, 2017 is DISCHARGED.

IT IS SO ORDERED.

DATED: Augsut 21, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE